# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 528 |
| | : | |
| ORDER ADOPTING RULE 463 AND | : | CRIMINAL PROCEDURAL RULES |
| REVISING THE COMMENTS TO RULES | : | |
| 458, 460, 462, AND 546 OF THE | : | DOCKET |
| PENNSYLVANIA RULES OF CRIMINAL | : | |
| PROCEDURE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of January, 2021, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 49 *Pa.B.* 833 (February 23, 2019)*,* and a *Final Report* to be published with this **ORDER:**

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Criminal Procedure 463 is adopted and the *Comments* to Pennsylvania Rules of Criminal Procedure 458, 460, 462, and 546 are revised, in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective June 1, 2021.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.